Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

RICKY DEAN BLAKE

CASE NO. 09-70431-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: HEIDIS CORNER | DBA2: |
| SS#1: xxx-xx- 4054 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:   9/24/2009   Orig. Time:   2:00 PM           Reset Date:              Reset Time:

  B. Meeting Results:   Adjourned

  C. Debtor(s):   Debtor 1 Appeared

  D. Attorney for Debtor(s):   Appeared

  E. Creditor Appearance:   None

  F. Amount Paid to the Trustee as of   9/25/2009   $0.00   First Payment Due Date:   9/26/2009

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:   B22C Form is:   Complete
     Budgeted Income:   $3,808.77   Expense:   $3,357.77   Surplus:   $451.00
     Plan Payment:   $451.00   Monthly                      Plan Term(Months):   55

  I. Value of Non-Exempt Property:   $0.00   Proposed Amount to Unsecured Creditors:   $0.00
     ___ Objection to Exemption of:
     ___ Repeat Filing (If case dismissed, it should be with prejudice)   Previous Case Numbers:
         ___ Object to Invoke Stay Pleading
     ___ Case Converted from Chapter 7, Bar Date Set:   12/23/2009   Date Converted from Chapter 7:

  J. Required Information:   Good

  K. Business Information:

  L. Object to Confirmation:   No

  M. Financial Management Class:   Debtor 1 Appeared

  N. Eligibility:
     Certificate of Credit Counseling Filed:   Debtor 1 Only
     Credit Counseling Provider Approved:                                   Yes
     Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):         No

  O. Domestic Support Obligation:   $0.00   Current:          Arrears:   $0.00
     Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:   Questions
       -Why did Mrs. choose not to file?
     Only his debt.
       -Married, Separated, Divorced?
     Married
       -Mrs. has affidavit she is and was unemployed, but business was closed 08/09 per SOFA?
       -If the business was operated until 08/09, how was there not any income between 02/09 - 07/09?
       -Heidi's Corner and any other businesses closed permanently?
     Yes
       -Mrs. employed now?
     No
       -Children employed now?
         -45 year old daughter and 36 year old son-in-law.
     No
     Objections

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

-None at this time.

Dated:      9/24/2009                                                        /s/ Walter O'Cheskey
                                                                              Standing Bankruptcy Trustee
                                                                              By:      Brent Hagan

| Case Number: | 09-70431 | | | | |
|---|---|---|---|---|---|
| Debtor: | Blake | | | | |
| Attorney: | MJW | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 9/23/2009 13:15 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Bank of America | $3,600.00 | 10.75% | 55 | $83.19 | $4,575.19 |
| Citifinancial | $4,575.00 | 10.00% | 55 | $104.04 | $5,721.96 |
| Triad | $6,950.00 | 10.00% | 55 | $158.04 | $8,692.37 |
| AAFES -- $3,248.29 provided u/s & filed secured | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Attorney Fees**   Paid Through the Plan | $2,699.00 | $2,699.00 |
| **Noticing Fees** | $67.68 | $67.68 |
| **Clerk Filing Fees** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
|   Less Trustee Fees | $0.00 | | |
|   Less Attorney Fees | $2,699.00 | | |
|   Less Noticing Fees | $67.68 | Greater Of ---------> | $0.00 |
|   Less Clerk Filing Fees | $0.00 | | |
|   Less Scheduled Priority Claims | $0.00 | | |
|   Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $18,018.64 |
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $24,166.03 |
| Debtor Plan Base (Monthly Payment X Term) | $24,805.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $638.97 |

**Comments:**

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | 9/23/2009 13:15 |
| | | |
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007