```
WEST & ASSOCIATES, LLP
Reedy Macque Spigner 18934800
555 Republic Drive, Suite 101
Plano, TX 75074
972-881-0581 Telephone
972-424-1309 Telecopier
ATTORNEY FOR BAC Home Loans Servicing, L.P.
fka Countrywide Home Loans Servicing, L.P.
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICKY DEAN BLAKE | § | CASE NO. 09-70431-hdh13 |
| DEBTOR | § | CHAPTER 13 |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR COPIES OF ALL NOTICES AND PAPERS

PLEASE TAKE NOTICE that REEDY MACQUE SPIGNER, Attorney at Law, 555 Republic Drive Suite 101, Plano, Texas 75074, hereby enters his appearance on behalf of BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. is a Creditor in the above-captioned bankruptcy proceeding. The undersigned attorney hereby enters this appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (f) and 3017(a). All such notices shall be addressed as follows:

```
Reedy Macque Spigner
West & Associates, LLP
Attorney at Law
555 Republic Drive, Suite 101
Plano, TX 75074
```

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but

also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above-referenced bankruptcy proceeding.

        Respectfully submitted,
        WEST & ASSOCIATES, LLP


    By: /s/ Reedy Macque Spigner
      Reedy Macque Spigner
      State Bar ID No. 18934800
      555 Republic Drive, Suite 101
      Plano, TX 75074
      (972)881-0581 Telephone
      (972)424-1309 Telecopier

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent either electronically by the clerk of the court or via first class United States Mail upon all parties requesting or entitled to notice in this case.

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

on this the 30th day of November, 2009.

    By: /s/ Reedy Macque Spigner
      Reedy Macque Spigner